**KHALE J. LENHART, #7-4581**
**ERIN E. BERRY, #7-6063**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
eberry@hirstapplegate.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 AUG -7 PM 1:22

MARGARET BOTKINS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PAUL CLARK and VICKY CLARK, | }<br>} |
| Plaintiffs, | }<br>} |
| vs. | } Civil No. 20-CV- 150-F |
| DHALIWAL TRUCKING, LLC, a California limited liability corporation, and SANDEEP SINGH, | }<br>}<br>}<br>} |
| Defendants. | }<br>} |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Dhaliwal Trucking, LLC and Sandeep Singh ["Defendants"] remove this case to the United States District Court for the District of Wyoming from the District Court of the Third Judicial District, Sweetwater County, Wyoming, where the case is now pending. As supporting grounds for removal of this action, Defendants state as follows:

1. Plaintiff commenced this action in the District Court of the Third Judicial District, Sweetwater County, Wyoming, on July 7, 2020. The state court action is designated Civil No. 20-189. On information and belief, Plaintiffs effected service of process on Defendants on July 10, 2020.

2.	Defendants filed this Notice of Removal within 30 days of the initial pleading (the Complaint).  Plaintiffs served the Summons and Complaint on Dhaliwal Trucking, LLC on July 10, 2020.  See **Exhibit A**.  *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading. . .").  On information and belief, Plaintiffs also served the Summons and Complaint on Sandeep Singh on July 10, 2020.

3.	The amount in dispute exceeds the sum of $75,000, exclusive of interest and costs.

4.	Plaintiffs are residents of the State of Idaho.  *Complaint* ¶ 1.

5.	Defendant Dhaliwal Trucking, LLC is a California limited liability corporation.  Its principal place of business is located in the State of California.

6.	The sole member of Dhaliwal Trucking, LLC is Kuldeep Singh Dhaliwal, a resident of the State of California.

7.	Defendant Singh is a resident of the State of California.

8.	The United States District Court for the District of Wyoming has subject matter jurisdiction over this action by reason of the parties' diversity of citizenship.  28 U.S.C. § 1332.

9.	Venue is proper in this Court under 28 U.S.C. § 1441(a), because this district embraces the place in which the removed action is pending.  Venue also lies in this district pursuant to 28 U.S.C. § 1391(a).

10.	A copy of the process, pleadings and orders served on Defendants is attached to this Notice of Removal.  *See* Exhibit A.

11. Defendants will give written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

12. Contemporaneously with the filing of this Notice of Removal, Defendants are filing a copy of this Notice of Removal with the clerk of the Third Judicial District, Sweetwater County, Wyoming, as required by 28 U.S.C. § 1446(d).

13. This Notice of Removal complies with U.S.D.C.L.R. 81.1.

14. All defendants to this action consent to and join in its removal to the United States District Court for the District of Wyoming.

15. No hearings are pending in the state court.

16. A proposed Order on Removal is attached for the Court's convenience.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order removing this action from the District Court of the Third Judicial District, Sweetwater County, Wyoming, to the United States District Court for the District of Wyoming.

Dated: 7 August 2020.

DHALIWAL TRUCKING, LLC and SANDEEP SINGH, Defendants

BY: _____
**KHALE J. LENHART, #7-4581**
**ERIN E. BERRY, #7-6063**
OF HIRST APPLEGATE, LLP
Attorneys for Defendants
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
eberry@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing *Notice of Removal* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 7 August 2020, and that copies were served as follows:

Bret F. King  
King & King, LLC  
P. O. Box 40  
Jackson, WY 83001  
*Attorney for Plaintiffs*

☐ U.S. MAIL  
☐ FED EX  
☐ FAX  
☐ HAND DELIVERED  
☐ EMAIL  
☒ E-FILE

s/Norma J. Hubka  
OF HIRST APPLEGATE, LLP  
Attorneys for Defendants

LAW OFFICES  
P.O. BOX 1083  
CHEYENNE, WYOMING 82003-1083

– 4 –